RECEIVED
IN LAKE CHARLES, LA

SEP 18 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WISLY PIERRE CHARLES** | : | **DOCKET NO. 2:06-cv-791**<br>**Section P** |
| **VS.** | : | **JUDGE MINALDI** |
| **J. P. YOUNG, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Upon agreement of counsel,

IT IS ORDERED that petitioner be released to an Order of Supervision if he is not removed from the United States on or before November 14, 2006.

IT IS FURTHER ORDERED that this case be CLOSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 18 day of September, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE